|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | 2014–SU–3432–27 |  |
|  |  |  | 2014–SU–0199–27 |  |
|  |  |  | 2014–SU–3192–27 |  |
|  |  |  | 2014–SU–2758–27 |  |
|  |  |  | 2014–SU–3891–27 |  |
|  |  |  | 2014–SU–3096–27 |  |
| Kimberton Fire Company v. Chester County Board of Assessment Appeals | 166 CD 16, 167 CD 16 | 11/23/2016 | Chester County 13–12073 13–12078 | Affirmed |
| Cook v. City of Philadelphia | 2304CD15 | 11/28/2016 | Philadelphia County April Term, 2012 No. 4474 | Affirmed |
| Comm. of PA, ex rel. Bozic v. Superintendent, Gilmore | 2760CD15 | 11/29/2016 | Greene County AD–180–2015 | Quashed |
| Application of VRAJ, Inc. v. Pennsylvania Liquor Control Board | 2592CD15 | 11/30/2016 | Northampton County 2013–6800 | Reversed |
| Condemnation of Fee Simple, In re | 2459CD15 | 11/30/2016 | Berks County 14–20542 | Affirmed, Reversed and Remanded |
| Rogers v. City of Philadelphia | 2678CD15 | 11/30/2016 | Philadelphia County December Term, 2013 No. 1349 | Affirmed |